954

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).

Judge RIVERA taking no part.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by New York State Conference of Mayors and Municipal Officials for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by Rockland Business Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014

Motion by City of Mount Vernon for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted July 28, 2014; decided September 23, 2014